# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULTIMEDIA TECHNOLOGIES PTE. LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> LG ELECTRONICS INC. and LG ELECTRONICS USA, INC., <br><br> *Defendants*. | § § § § § § § § § § § Case No. 2:22-cv-00494-JRG-RSP |

## ORDER OF SEVERANCE

Before the Court is Plaintiff Multimedia Technologies Pte, Ltd's Notice Regarding Election of Patents (**Dkt. No. 231**), which elects to proceed to trial with only five of the currently asserted patents. In accordance with the agreement of all parties announced at the January 3, 2025 pretrial conference in this matter,

It is hereby **ORDERED** that all claims and counterclaims based on the remaining five patents--U.S. Patent Nos. 9,185,325; 9,237,291; 9,426,527; 9,578,384; and 9,820,003-- are severed into a new case.

The Clerk of Court is directed to **OPEN** a new civil action with this Order as the first filing. A schedule for the new action will be established following the trial of this action.

**SIGNED this 9th day of January, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE